# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**REGINALD F. NALLS**                                                     **PLAINTIFF**

V.                        **4:12-CV-00234-BRW**

**SCOTT RUSSELL,** *et al.*                                             **DEFENDANTS**

## ORDER

Reginald Nalls, an inmate at the Ashley County Detention Facility, filed a civil complaint (Doc. No. 2) and an Application to Proceed *In Forma Pauperis* (Doc. No. 1) on April 18, 2012. In his Complaint, Mr. Nalls alleges that his constitutional rights were violated when he was arrested and charged with possession of cocaine.

According to allegations in the Complaint, all events giving rise to this lawsuit occurred in Crossett (Ashley County), Arkansas, which lies in the Western District of Arkansas. For that reason, the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e).

The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, El Dorado Division, 101 South Jackson Avenue, Room 205, El Dorado, Arkansas 71730.

IT IS SO ORDERED this 20th day of April, 2012.

                                                                 /s/ Billy Roy Wilson
                                                                 UNITED STATES DISTRICT JUDGE